### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00892-KLM

PAMELA BRINKMANN,

      Plaintiff,

vs.

MICHAEL BAGLEY, D.O., *et al*.

      Defendants.

---

### RULE 41(A)(1) STIPULATION OF DISMISSAL OF PRODUCT LIABILITY CLAIMS WITH PREJUDICE

---

      Plaintiff, Pamela Brinkmann, and Defendant Howmedica Osteonics Corporation, d/b/a Stryker Orthopaedics ("HOC"), through their counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that Plaintiff's First and Second Claims for Relief against HOC and Stryker Ireland, Limited be dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

      Dated: August 29, 2015.

Respectfully submitted,

| | |
|---|---|
|  *s/ Molly Lee Greenblatt* | *s/ J. Lee Gray* |
| James E. Puga, Esq. | Maureen Reidy Witt, Esq. |
| Alexander R. Wilschke, Esq. | J. Lee Gray, Esq. |
| Molly Lee Greenblatt, Esq. | HOLLAND & HART LLP |
| Leventhal & Puga P.C. | 6380 South Fiddlers Green Circle, Suite 500 |
| 950 South Cherry Street, Suite 600 | Greenwood Village, CO  80111 |
| Denver, CO  80249 | Tel.: (303) 290-1600 |
| awilschke@leventhal-law.com | mwitt@hollandhart.com |
| mgreenblatt@Leventhal-law.com | lgray@hollandhart.com |
| **ATTORNEYS FOR PLAINTIFF PAMELA BRINKMANN** | **ATTORNEYS FOR DEFENDANT HOWMEDICA OSTEONICS CORP.** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mark A. Stinnett, Esq. -
Stinnett & Masters, LLP
2 N. Cascade Ave., Suite 500
Colorado Springs, Colorado 80903
mstinnett@stmasterslaw.com

/s/  Adele C. Lee

9071767_1