IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00892-WYD-KLM

PAMELA BRINKMANN,

    Plaintiff.

v.

MICHAEL BAGLEY, D.O.; HOWMEDICA OSTEONICS CORP., d/b/a STRYKER ORTHOPAEDICS; and STRYKER IRELAND, LIMITED, a foreign corporation and is a wholly owned subsidiary of Stryker Corporation,

    Defendants.

## STIPULATED ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| s/ *Molly L. Greenblatt* | s/ *Mark A. Stinnett* |
|---|---|
| James E. Puga, Atty No. 18960 | Mark A. Stinnett, Atty No. 39960 |
| Alex R. Wilschke, Atty No. 36323 | Margaret N. Masters, Atty No. 30910 |
| Molly L. Greenblatt, Atty No. 36252 | Stinnett & Masters, LLP |
| Leventhal & Puga, P.C. | 2 N. Cascade Ave., Suite 500 |
| 950 S. Cherry St., Ste. 600 | Colorado Springs, CO 80903 |
| Denver, CO 80246 | *Attorneys for Defendant Michael Bagley, D.O.* |
| *Attorney for Plaintiff* | |

s/ *J. Lee Gray*
Maureen Reidy Witt, Atty No. 10665
J. Lee Gray, Atty No. 27306
HOLLAND & HART LLP
6380 South Fiddlers Green Circle, Ste. 500
Greenwood Village, CO 80111
*Attorneys for Defendant Howmedica Osteonics Corp.*

**SO ORDERED**

Dated: October 17, 2016

Hon. Kristen L. Mix
United States Magistrate Judge

2