IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00892-WYD-KLM

PAMELA BRINKMANN,

    Plaintiff.

v.

MICHAEL BAGLEY, D.O.; HOWMEDICA OSTEONICS CORP., d/b/a STRYKER ORTHOPAEDICS; and STRYKER IRELAND, LIMITED, a foreign corporation and is a wholly owned subsidiary of Stryker Corporation,

    Defendants.

___

## JOINT STATUS REPORT
___

    Plaintiff Pamela Brinkmann, by and through her counsel, Leventhal & Puga, P.C., Defendant Michael Bagley, D.O., by and through his counsel, Stinnett & Masters, LLP, and Defendant Howmedica Osteonics Corp., d/b/a Stryker Orthopaedics by and through its counsel, Holland & Hart, LLP hereby submit this Joint Status Report regarding settlement efforts and state as follows:

    1.    Pursuant to the Court's October 5, 2016, Case Scheduling Conference and Courtroom Minutes the parties are required to file a Joint Status Report regarding settlement efforts in this matter.

    2.    Discovery has commenced in this matter. The deposition of Plaintiff took place on January 17, 2017, and the deposition of the former sales representative for Defendant Howmedica Osteonics Corp., d/b/a Stryker Orthopeadics, Jason Skolnick, took place on February 2, 2017.

    3.     The deposition of Defendant Michael Bagley, D.O., is scheduled to take place on May 15, 2017, at 9:00 a.m., in Phoenix, Arizona.

    4.     The parties have not commenced settlement discussions and anticipate engaging in settlement discussions after the deposition of Defendant Bagley. The parties will immediately notify the Court if and when mediation is scheduled.

Respectfully submitted this 30th day of March, 2017.

| s/*Molly L. Greenblatt*_____ | s/*Mark A. Stinnett*_____ |
|---|---|
| James E. Puga | Mark A. Stinnett |
| Alex R. Wilschke | Margaret N. Masters |
| Molly L. Greenblatt | Stinnett & Masters, LLP |
| Leventhal & Puga, P.C. | 2 N. Cascade Ave., Ste. 500 |
| 950 S. Cherry St., Ste. 600 | Colorado Springs, Colorado 80903 |
| Denver, Colorado 80246 | Telephone: 719-591-8959 |
| Telephone: 303-759-9945 | |
| | ATTORNEYS FOR DEFENDANT |
| ATTORNEYS FOR THE PLAINTIFF | MICHAEL BAGLEY, D.O. |

s/*Maureen Reidy Witt*_____
Maureen Reidy Witt, Esq.
J. Lee Gray, Esq.
Holland & Hart, LLP
6380 S. Fiddler Green Cir., Suite 500
Greenwood Village, CO 80111

ATTORNEYS FOR DEFENDANT
HOWMEDICA OSTEONICS CORP., d/b/a
STRYKER ORTHOPAEDICS

*In accordance with C.R.C.P. 121 § 1-26(9), a printed copy of this document with original signatures is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses and, I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Maureen Reidy Witt, Esq. – mwitt@hollandhart.com
J. Lee Gray, Esq. – lgray@hollandhart.com
Holland & Hart, LLP
6380 S. Fiddler Green Cir., Suite 500
Greenwood Village, CO 80111

Mark A. Stinnett, Esq. – mstinnett@stmasterslaw.com
Margaret N. Masters, Esq. – mmasters@stmasters.law.com
Stinnett & Masters, LLP
2 N. Cascade Ave., Suite 500
Colorado Springs, CO 80903

                *s/Doreen D. Benavidez*

*In accordance with C.R.C.P. 121 § 1-26(9), a printed copy of this document with original signatures is maintained by the filing party and will be made available for inspection by other parties or the Court upon request.*