**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00892-KLM

PAMELA BRINKMANN,

    Plaintiff,

vs.

MICHAEL BAGLEY, D.O., *et al*.

    Defendants.

**NOTICE OF DISMISSAL OF STRYKER IRELAND, LIMITED WITH PREJUDICE**

Plaintiff, Pamela Brinkmann, and Defendant, through her counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), provides notice that all claims asserted by Plaintiff against Stryker Ireland, Limited are dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: April 17, 2017.

                                                     Respectfully submitted,

                                               *s/ Molly L. Greenblatt*
                                               James E. Puga, Esq.
                                               Alexander R. Wilschke, Esq.
                                               Molly L. Greenblatt, Esq.
                                               Leventhal & Puga P.C.
                                               950 South Cherry Street, Suite 600
                                               Denver, CO  80249
                                               awilschke@leventhal-law.com
                                               mgreenblatt@Leventhal-law.com

                                               **ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2017, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Maureen Reidy Witt
    J. Lee Gray
    HOLLAND & HART LLP
    6380 South Fiddlers Green Circle, Suite 500
    Greenwood Village, CO  80111
    Tel.: (303) 290-1600
    Fax: (303) 290-1606
    mwitt@hollandhart.com
    lgray@hollandhart.com

    Mark A. Stinnett, Esq.
    Margaret Neel Masters, Esq.
    Stinnett & Masters, LLP
    2 N. Cascade Ave., Suite 500
    Colorado Springs, Colorado 80903
    mstinnett@stmasterslaw.com
    mmasters@stmasterslaw.com

                                        s/ *Doreen Benavidez*