IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-00892-WYD-KLM

PAMELA BRINKMANN,

    Plaintiff,

v.

MICHAEL BAGLEY, D.O.; HOWMEDICA OSTEONICS CORP., d/b/a STRYKER ORTHOPAEDICS; and STRYKER IRELAND, LIMITED, a foreign corporation and is a wholly owned subsidiary of Stryker Corporation,

    Defendants.

---

**ORDER**

---

    In accordance with the Notice of Dismissal of Stryker Ireland, Limited With Prejudice filed April 17, 2017 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 74), it is

    ORDERED that Defendant Stryker Ireland, Limited is **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorneys' fees.  Stryker Ireland, Limited shall hereafter be taken off the caption.

    Dated:  April 18, 2017

                                 BY THE COURT:

                                 s/ Wiley Y. Daniel
                                 Wiley Y. Daniel
                                 Senior United States District Judge