**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00892-WYD-KLM

PAMELA BRINKMANN,

  Plaintiff,

vs.

MICHAEL BAGLEY, D.O., *et al*.

  Defendants.

---

**STIPULATION FOR DISMISSAL OF HOWMEDICA OSTEONICS CORP. D/B/A STRYKER
ORTHOPAEDICS WITH PREJUDICE**

---

  Plaintiff, Pamela Brinkmann, and Defendants Howmedica Osteonics Corp. d/b/a Stryker

Orthopaedics ("HOC") and Michael Bagley, D.O., through their counsel, hereby stipulate

pursuant to Fed. R. Civ. P. 41(a)(1)(B) that all claims asserted or which could have been asserted

by Plaintiff against HOC be dismissed with prejudice, each party to bear their own costs and

attorneys' fees.

  Dated: June 19, 2017.

Respectfully submitted,

*s/ Maureen Reidy Witt*
Maureen Reidy Witt, Esq.
J. Lee Gray, Esq.
HOLLAND & HART LLP
6380 S. Fiddlers Green Circle, Suite 500
Greenwood Village, CO  80111
Tel.: (303) 290-1600
Fax: (303) 290-1606
mwitt@hollandhart.com
lgray@hollandhart.com
**ATTORNEYS FOR DEFENDANT HOC**

2

 *s/Molly Lee Greenblatt*
Molly Lee Greenblatt, Esq.
James E. Puga, Esq.
Alexander R. Wilschke, Esq.
Leventhal & Puga P.C.
950 South Cherry Street, Suite 600
Denver, CO  80249
awilschke@leventhal-law.com
mgreenblatt@Leventhal-law.com
**ATTORNEYS FOR PLAINTIFF**

 *s Margaret Neel Masters*
Margaret Neel Masters, Esq.
Mark A. Stinnett, Esq.
Stinnett & Masters, LLP
2 N. Cascade Ave., Suite 500
Colorado Springs, Colorado 80903
mmasters@stmasterslaw.com
mstinnett@stmasterslaw.com
**ATTORNEYS FOR DR. MICHAEL BAGLEY, D.O.**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2017, I have caused to be electronically filed the

foregoing with the Clerk of Court using CM/ECF system which will send notification of such

filing to the following e-mail addresses:

Mark A. Stinnett, Esq. (mstinnett@stmasterslaw.com)
Margaret Neel Masters, Esq. (mmasters@stmasterslaw.com)
Molly Lee Greenblatt, Esq. (mgreenblatt@leventhal-law.com)

*s/ Dorina O'Toole*
Dorina O'Toole
Holland & Hart LLP

9916342_1