IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-00892-WYD-KLM

PAMELA BRINKMANN,

    Plaintiff,

v.

MICHAEL BAGLEY, D.O.; and HOWMEDICA OSTEONICS CORP., d/b/a STRYKER ORTHOPAEDICS,

    Defendants.

## ORDER

In accordance with the of Stipulation for Dismissal of Howmedica Osteonics Corp., d/b/a Stryker Orthopaedics With Prejudice (Doc. No. 84), filed June 19, 2017 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I), it is hereby

ORDERED that Defendant Howmedica Osteonics Corp., d/b/a Stryker Orthopaedics is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.  Howmedica Osteonics Corp., d/b/a Stryker Orthopaedics shall hereafter be taken off the caption.

Dated:  June 19, 2017.

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            WILEY Y. DANIEL
                                            SENIOR UNITED STATES DISTRICT JUDGE